Robert Kevin Boulds
#1311781
9601 Spur 591
Amarillo, Tx. 79107

72,089-06

RE: 5/11/2015

Tr. Ct. No. 996316
WR- 72,089-06

Date: June 4, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 08 2015
Abel Acosta, Clerk

Dear Clerk:

Please bring to the Court's attention that the Mandamus I sent to this court was for this court to command the 176th District Court of Harris County, Tx. to perform it's particular duty on Applicant's 11.05 Habeas Corpus Dated May 7, 2015 In re McAfee 53 S.W. 3d 715, 718 (Tex. App. Houston 1st Dist. 2001)

Also was mailed to this court was Applicant's 11.05 Habeas Corpus, Motion For leave alone with the Affidavit and (Exhibit Indictment 'A') which all 4 was mailed to the Harris County District Clerk Dated May 7, 2015

I haven't heard from the District Court concerning my 11.05 Habeas Corpus Please help me with this matter Order the District Court 176th to rule on Applicant's 11.05 Habeas Corpus Please. !!!

Sincerely Yours,
Robert K. Boulds